

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Room 212 Staybridge Suites, 120 Expressway, Missoula, Montana 59808 | MJ 19-68-M-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 19th day of November, 2019

                                              Kathleen L. DeSoto
                                              United States Magistrate Judge